IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
MISC 1:21mc 4

IN RE:

APPLICATION FOR
EXEMPTION FROM THE
ELECTRONIC PUBLIC
ACCESS FEES

ORDER

FILED
ASHEVILLE, N.C.
FEB 12 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

This matter is before the Court upon the application and request by Christine Bird, PhD Candidate; Brooke Shannon, PhD Candidate; Ariana Solis, Research Assistant; and Rebecca Regueira, Research Assistant at the University of Texas at Austin; for exemption from fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that the above individuals fall within the class of users listed in the fee schedule as being eligible for a fee exemption due to their research mission. They have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information for research purposes. The Administrative Office of the United States Courts and the Fourth Circuit Court of Appeals support their request.

Therefore, Christine Bird, Brooke Shannon, Ariana Solis and Rebecca Regueira shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of their research. They shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to the above-named individuals and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, the parties agree not to sell for profit any data obtained as a result of receiving this exemption;
4. this exemption is valid until September 1, 2021.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to each of the parties, to pacer@psc.uscourts.gov and to Multi-Court Exemption@ao.uscourts.gov.

Dated this __12th__ day of February 2020.

_____
Martin Reidinger, Chief
U.S. District Court Judge