# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# 1:21-MC-4

**IN RE: EXEMPTION OF ELECTRONIC PUBLIC ACCESS FEES**

FILED
ASHEVILLE, NC
JAN 21 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## ORDER

This matter is before the Court upon application and request by Ms. Madison Shanks at the University of South Carolina for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Ms. Shanks is a PhD candidate researching the roles that attorneys play in district judges' decision-making throughout a criminal trial and an exemption from the Judicial Conference's EPA Fee is necessary to avoid unreasonable burdens and to promote public access to information.

1. This fee exemption applies only to Ms. Shanks and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic files of this court that are available through the PACER system;
3. By accepting this exemption Ms. Shanks agrees not to sell for profit any data obtained because of receiving this exemption;
4. Ms. Shanks is prohibited from transferring any data obtained because of receiving this exemption including redistribution via internet-based databases; and
5. **This exemption is authorized until December 31, 2022.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the clerk shall review the usage of the account(s) as part of the court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and to Ms. Shanks.

Dated January 21, 2022

*/s/ Martin Reidinger*
Martin Reidinger, Chief
U.S. District Judge